IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARIO GODHIGH,
D.O.C. #M28779,

    Plaintiff,

v.                                            4:20cv374–WS/MAF

LAKE CORRECTIONAL, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 6) docketed September 8, 2020. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and failure to comply with a court order. Plaintiff has filed no objections to the report and recommendation.

    Upon review of the record, this court has determined that the report and recommendation should be adopted.

    Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 6) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's complaint and this action are hereby DISMISSED without prejudice for failure to comply with a court order and failure to prosecute the case.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this   7th   day of   October  , 2020.


                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE